# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| DUSTIN T., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket no. 1:20-cv-00310-GZS |
| | ) |
| ANDREW M. SAUL, Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on July 20, 2021, his Recommended Decision (ECF No. 25). No objections have been filed. Thus, this Recommended Decision is hereby **AFFIRMED**.

It is therefore **ORDERED** that:

1. the September 3, 2019 administrative decision is **VACATED.**

2. this matter is hereby **REMANDED** for further proceedings.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 9th day of August, 2021.